IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TYLER T. WINCHESTER,

      Appellant,

v.

BAY COUNTY SHERIFF'S OFFICE,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5766

Opinion filed March 11, 2016.

An appeal from an order of the Circuit Court for Bay County.
James B. Fensom, Judge.

Tyler T. Winchester, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.